PLANTERS' INSURANCE COMPANY *v.* TENNESSEE AND SHELBY COUNTY, No. 679, by stipulation, is to abide the event of this cause.